UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13 CA 10198 DPW

| |
|---|
| JOHN DOE,<br>Plaintiff<br><br>v.<br><br>DIVISION OF ADMINISTRATIVE LAW APPEALS, BUREAU OF SPECIAL EDUCATION APPEALS, MASSACHUSETTS DEPARTMENT OF ELEMENTARY AND SECONDARY EDUCATION, MASSACHUSETTS DEPARTMENT OF ELEMENTARY AND ANDOVER PUBLIC SCHOOLS<br>Defendants |

**DEFENDANT ANDOVER PUBLIC SCHOOLS'
ANSWER TO THE PLAINTIFF'S COMPLAINT**

Now comes the Defendant, Andover Public Schools, and answers the Plaintiff's Complaint as follows:

Jursidiction:

1. Paragraph 1 is a "preliminary statement" and requires no answer from the Defendant.

2. Admitted.

3. Admitted.

4. Admitted.

Cause of Action:

1. Admitted.

2. Denied.

3. Denied.

4. Denied.

5. The documents speak for themselves and the Defendant neither admits nor denies the allegations in paragraph 5.

6. The Defendant is without sufficient knowledge to admit or deny the allegations contained in paragraph 6. The Plaintiff has denied consent for the Defendant to speak with staff at the student's current private school.

7. The Defendant denies that the Plaintiff is aggrieved by the Decision issued by the Defendant Bureau of Special Education Appeals. In further answering, the Defendant states that the Andover Public Schools is aggrieved by the Decision in that is incorrect as a matter of law, is not supported by a preponderance of the evidence, is arbitrary and capricious, and is unwarranted by the facts on the record. The Defendant Andover Public Schools has also filed a complaint for judicial review of the final Decision of the Defendant Bureau of Special Education Appeals pursuant to 20 U.S.C. §1415(i)(2). That case is Civil Action No. 1:12-cv-12288-DPW.

## First Affirmative Defense

The complaint fails to state a claim upon which relief can be granted.

## Second Affirmative Defense

The complaint is barred for insufficiency of process.

## Third Affirmative Defense

The complaint is barred for insufficiency of service of process.

### Fourth Affirmative Defense

The complaint contains additional evidence not contained in the administrative record.

### Fifth Affirmative Defense

The complaint is barred because the defendant is misnamed.

Dated: February 6, 2013

The Defendant,
Andover Public Schools,
By its attorneys,

/s/ Amy M. Rogers
_____
Catherine L. Lyons
BBO No. 652725
Amy M. Rogers
BBO No. 564721
Lyons & Rogers, LLC
600 Hingham Street
Suite 204S
Rockland, Ma 02370
339-788-9577

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

Date:  February 6, 2013

/s/ Amy M. Rogers
_____
Amy M. Rogers